3

Bradley A. Silva, #109423
LAW OFFICES OF BRADLEY A. SILVA
8050 North Palm Avenue, Suite 300
Fresno, California 93711
Telephone: (559) 446-2000
Facsimile: (559) 446-2004

Attorney for Appellant,
PENNY NEWMAN GRAIN CO.

FILED
DEC 02 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re: | District Court Case No. 1-13-CV-01769-AWI |
| JOHN VISSER and GRACE VISSER, *et al.*, | Bankruptcy Case No.: 12-17310-A-11 |
| | Chapter 11 |
| Debtors-in-Possession. | Jointly Administered With: |
| | Case No. 12-17311<br>Case No. 12-17315<br>Case No. 12-17316 |
| PENNY NEWMAN GRAIN CO., a California Corporation, | Adv. Proc. No. 13-01060 |
| | DCN: BAS-1 |
| Appellant, | |
| v. | **STIPULATION FOR VOLUNTARY DISMISSAL OF APPEAL PURSUANT TO FRBP 8001(c)(2)** |
| WELLS FARGO BANK, N.A., a National Association, | |
| Appellees. | |

1

This Stipulation is entered into by and between Penny Newman Grain Co. ("Penny Newman") and Wells Fargo Bank, N.A. ("Wells Fargo"), through their respective counsel of record, based upon the following facts:

WHEREAS, on or about May 29, 2013, Penny Newman filed a complaint against Wells Fargo in the instant adversary action asserting causes of action under §§ 506(c) and 552(b)(1) of the Bankruptcy Code (the "Complaint").

WHEREAS, on August 21, 2013, Wells Fargo filed a motion to dismiss the Complaint for lack of jurisdiction and for failure to state a claim upon which relief can be granted (the "Motion to Dismiss").

WHEREAS, the Bankruptcy Court entered an order granting the Motion to Dismiss on October 7, 2013 (the "Order Dismissing the Complaint").

WHEREAS, Penny Newman filed a notice of appeal of the Order Dismissing the Complaint on October 21, 2013.

WHEREAS, on October 22, 2013, the Court Clerk served that Notice of Referral of Appeal to the Bankruptcy Appellate Panel of the Ninth Circuit.

WHEREAS, on October 28, 2013, Wells Fargo filed and served that Appellee Wells Fargo Bank, N.A.'s Statement of Election To Have Appeal Heard by District Court Instead of Bankruptcy Appellate Panel Pursuant to 28 U.S.C. § 158(c)(1)(B).

WHEREAS, on November 4, 2013, Penny Newman filed and served that Statement of Issues and that Appellant Designation of Contents for Inclusion on Record on Appeal.

WHEREAS, Penny Newman has determined that it no longer desires to pursue the present appeal, which determination is not, in any way, a reflection or admission regarding the merits of the appeal.

2

1  WHEREAS, Wells Fargo has no objection with the voluntary dismissal of the present appeal by Penny Newman.

NOW, THEREFORE,

Penny Newman and Wells Fargo, hereby stipulate and agree that, subject to this Court's approval of the same, the instant appeal filed by Penny Newman will be dismissed, with each party to bear its own costs and Penny Newman shall pay any and all court costs or fees with respect to the instant appeal.

A proposed form of Order granting this relief has been approved by all parties, through their respective counsel of record, and is being submitted concurrently with this Stipulation.

Dated: November 27, 2013

Respectfully submitted,

LAW OFFICES OF BRADLEY A. SILVA

By: _____
Bradley A. Silva

Attorney for Appellant, Penny Newman Grain Co.

Dated: November 25, 2013

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: M. David Minnick
M. David Minnick
Attorney for Appellee, Wells Fargo Bank, N.A.

It is so Ordered. Dated: 12-2-13

_____
United States District Judge

3